Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
TAMMY MARIE SANDERSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MARIE SANDERSON ) | Case No.: 1:13-CV-01873-SMS |
| Plaintiff, ) | |
| v. ) | ORDER EXTENDING BRIEFING SCHEDULE |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social Security. ) | |
| Defendant. ) | |

    Based upon the stipulation of the parties, and for cause shown,

    IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include September 26, 2014, in which to file Plaintiff's Opening Brief in Support of Plaintiff's Complaint; and that all other deadlines set forth in the December 5, 2013, Case Management Order shall be extended accordingly.

    IT IS SO ORDERED.


DATED: 7/29/2014        /s/ SANDRA M . SNYDER
                                  UNITED STATES MAGISTRATE JUDGE