**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| TAMMY MARIE SANDERSON, | Case No.: 1:13-cv-01873-SMS |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties, the above-captioned matter is hereby DISMISSED with prejudice. Each party shall bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated: __September 30, 2014__     _____/s/ Sandra M. Snyder_____
UNITED STATES MAGISTRATE JUDGE